# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEFFREY WEINSTEIN and LEI SHEN, individually and on behalf of a class of similarly situated individuals, | )<br>)<br>) |
| *Plaintiffs*, | ) No. 06 C 0484 |
| v. | ) Judge Wayne R. Andersen |
| AIRIT2ME, INC., a Florida Corporation, GSI COMMERCE, INC., a Delaware Corporation, and THE TIMBERLAND COMPANY, a Delaware Corporation, | )<br>)<br>)<br>) |
| *Defendants*. | ) |
| GSI COMMERCE, INC., | ) |
| *Third-Party Plaintiff* | ) |
| v. | ) |
| MOBILE INFORMATION ACCESS CORPORATION d/b/a MOBILE INTERACTIVE AGENCY, | )<br>)<br>) |
| *Third-Party Defendant.* | ) |

## DECLARATION OF JOHN KEANE

Pursuant to 28 U.S.C. § 1764, I John Keane, declare on oath as follows:

1. I am the General Manager of Rosenthal & Company LLC ("Rosenthal"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Rosenthal is a third-party class action settlement administrator. Since 2000, Rosenthal has been retained to administer over 800 settlements and notice procedures, with an aggregate settlement amount well over 2 billion dollars. Rosenthal is national in scope, and has been appointed to administer cases with class members that range in numbers from under 22 to over 22 million.

3. Rosenthal was appointed the administrator in this case to, among other things, mail the Notice of class action settlement (the "Notice") and Class Action Settlement Claim Form (the "Claim Form"). Copies of the Notice and Claim Form are attached hereto as Exhibits A and B, respectively.

4. On September 25, 2008, Rosenthal received from Counsel for the Defendants a

computerized list of 25,069 cellular phone numbers. From this list, 6,167 cellular phone numbers were removed as cellular phone numbers not in the Class because these were failed messages (i.e. the text message did not go through to these numbers). Owners of the remaining 18,902 cellular phone numbers constituted the Class Member List, i.e., all persons residing in the United States who, between January 1, 2003 and August 1, 2008, received a text message advertising the sale of goods on Timberland.com.

5. On or before September 26, 2008, Rosenthal conducted a reverse search on the 18,902 cellular phone numbers in order to obtain names and addresses for the Class Members whose cellular phone numbers appeared on the Class Member List. Rosenthal analyzed the results from the reverse searches and identified 3,718 records with missing addresses and 8,395 records with undeliverable addresses, resulting in 6,789 mailable records on the Class Member List, which is approximately 36% of the class members.

6. On or before September 26, 2008, Rosenthal caused the 6,789 addresses in the Class Member List to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service. New addresses were found for 475 of these Class Members. The Class Member List was updated with these new addresses.

7. On or before October 10, 2008, Rosenthal caused the Notice to be printed, and each of the names and addresses of the class members to be printed on Claim Forms. Rosenthal then caused a Notice and Claim Form to be inserted into a window envelope along with a return envelope for each Class Member (the "Direct Mail Notice").

8. On October 10, 2008, Rosenthal caused the 6,789 Direct Mail Notices to be mailed by First Class postage at the U.S. Post Office in Novato, California.

9. On or before October 10, 2008, Rosenthal caused a Summary Notice of Settlement to be published in the National edition of *USA Today*, *Chicago Sun Times*, *Chicago Tribune Red Eye*, *New York Post* and the *New York Daily News*. The Summary Notice included a website address, toll free number and mailing address from which Class Members could request a Claim Form in order to receive payment from the Settlement. A copy of the Summary Notice of Settlement is attached hereto as Exhibit C and the Affidavits of Publication from each of the newspapers mentioned above is attached

hereto as Exhibit D.

10. On or before October 10, 2008, Rosenthal caused a toll-free telephone number to be established, and the staff members of the Rosenthal Call Center to be trained in the details of this settlement, so that they could provide information about filling out the Claim Form and receive requests for Notices and Claim Forms.

11. On or before October 10, 2008, Rosenthal caused a website to be established (http://www.TimberlandTextSettlement.com/) to provide information about the settlement and to allow Class Members to download copies of the Claim Form and Notice and to file claims online.

12. During the period October 10, 2008 through November 21, 2008, 23 Direct Mail Notices were returned to Rosenthal by the U.S. Postal Service with forwarding addresses. Rosenthal caused the Class Member List to be updated with the new addresses and Direct Mail Notices to be re-mailed to the Class Members at each of these new addresses.

13. During the period October 10, 2008 through November 21, 2008, 1,565 Direct Mail Notices were returned to Rosenthal by the U.S. Postal Service without forwarding addresses.

14. As of the date of this declaration, 83 calls have been handled by the Rosenthal Call Center. Of these callers, 55 requested a Direct Mail Notice. Of the Direct Mail Notice requests, 54 were from individuals who are not in the Class Member List. These individuals were added to the Class Member List, with an indicator that they were not in the original Class Member List. All Direct Mail Notices requests have been fulfilled.

15. As of the date of this declaration, Rosenthal has received no Requests for Exclusion.

16. As of the date of this declaration, Rosenthal has received no Objections to the Settlement.

17. I declare under penalty of perjury under the laws of the United Sates of America that the foregoing is true and correct.

Executed this 2nd day of December 2008 at Novato, California.

_____
John Keane

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JEFFREY WEINSTEIN and LEI SHEN, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>AIRIT2ME, INC., a Florida Corporation, GSI COMMERCE, INC., a Delaware Corporation, and THE TIMBERLAND COMPANY, a Delaware Corporation,<br><br>      Defendants. | No. 06 C 0484<br><br>Judge Wayne R. Andersen |

## LEGAL NOTICE

### THIS NOTICE MAY AFFECT YOUR RIGHTS.

### PLEASE READ IT CAREFULLY.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

A proposed settlement (the "Stipulation of Settlement") has been reached in this case against the Defendants. You may be a Member of the Settlement Class and entitled to a Settlement Payment. The Settlement Class is defined as:

> **All persons residing in the United States who, between January 1, 2003 and August 1, 2008, received a text message advertising the sale of goods on Timberland.com.**

If you are a Settlement Class Member and the Court gives final approval to the Stipulation of Settlement:

- You may be entitled to receive a settlement payment of $150 or your *pro rata* share of the Settlement Fund (your "Settlement Payment") in the form of a check.

- You will be giving up the right to bring certain legal claims in the future, as discussed more fully below.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If you are a Settlement Class Member and would like to receive your Settlement Payment, you must submit a Claim Form, either through the mail or through www.TimberlandTextSettlement.com. You will be giving up legal claims against Defendants and other related entities. **Your claim must be received or postmarked no later than February 2, 2009. A Claim Form is enclosed with this Notice.** |
| **DO NOTHING** | If you do nothing, you will not receive your Settlement Payment. You will, however, still be giving up legal claims against Defendants and other related entities. |
| **EXCLUDE YOURSELF** | You will receive no benefits, but you will not be giving up your right to sue Defendants or related entities. |
| **OBJECT** | Write to the Court about why you don't like the Stipulation of Settlement and do not want it to be approved. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Stipulation of Settlement. |

- These rights and options – **and the deadlines to exercise them** – are explained below.

- The Court in charge of this case has preliminarily approved the Stipulation of Settlement and must decide whether to give final approval to the Stipulation of Settlement. Settlement Payments will be made if the Court gives final approval to the Stipulation of Settlement, and if there are any appeals, after they are resolved. Please be patient.

EXHIBIT A

## BASIC INFORMATION

### 1. Why did I get this Notice?

You received this Notice because a settlement has been reached in this lawsuit, which challenges the sending of certain text messages advertising the sale of goods on Timberland.com. According to available records, you may be a Member of the Settlement Class and entitled to a Settlement Payment.

This Notice is to inform those persons who are potentially in the Settlement Class that they may be eligible for a Settlement Payment of $150 or a lesser *pro rata* share of the Settlement Fund that is created by this Settlement. This Notice describes the lawsuit, the general terms of the Stipulation of Settlement, the benefits to which you may be entitled, and it advises you of important deadlines.

### 2. What is this lawsuit about?

This lawsuit alleges that Defendants, in violation of a federal statute, sent unsolicited text messages to cell phone subscribers advertising the sale of goods on Timberland.com, and seeks to represent a nationwide class of persons who received such messages. No court has determined the merits of any of the parties' positions in the lawsuit. Rather, the parties have agreed to settle the lawsuit so as to avoid the uncertainties, the expense, and the diversion of resources from further litigation. This Notice is not an admission by either party as to the strength of the other's position or of any weakness in its own position.

### 3. Why is this a class action?

In a class action, one or more people called Class Representatives (in this case, Jeff Weinstein and Lei Shen), sue on behalf of a group (or a "class") of people who have similar claims. After the parties reached an agreement to settle the case, the Court recognized this as a case that should be treated as a class action for settlement purposes.

### 4. Why is there a settlement?

The Court has not decided that the Plaintiffs or the Defendants should win this case. Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the Settlement Class Members will get compensation now rather than, if at all, years from now.

### 5. How do I know if I am part of the settlement?

As described above, the Court decided that everyone who fits this description is a Settlement Class Member:

All persons residing in the United States who, between January 1, 2003 and August 1, 2008, received a text message advertising the sale of goods on Timberland.com.

According to available records, you may be a Settlement Class Member.

### 6. What can I get from the settlement?

Defendants have created a cash settlement fund of seven million dollars ($7,000,000) (the "Settlement Fund"). If you are a Settlement Class Member, and the Court gives final approval to the Stipulation of Settlement, you may be entitled to receive $150 from the Settlement Fund in the form of a check, unless the number of claims requires that you receive a lesser *pro rata* payment.

### 7. When will I receive these benefits?

You will receive these benefits within 90 days after the Stipulation of Settlement has been finally approved and the time to appeal that approval to a higher court has expired and/or any appeals have been resolved in favor of the Stipulation of Settlement.

### 8. I want to be part of the settlement and receive these benefits; what do I do?

You must submit a timely, truthful, accurate, and properly completed Claim Form. If you do not do so, you will not receive any Settlement Payment. A Claim Form is enclosed with this Notice. You can either complete the paper Claim Form and mail it to *Weinstein v. Airit2me, Inc., et al.* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177 or, in the alternative, go to www.TimberlandTextSettlement.com and submit a Claim Form electronically. Make sure to follow all of the instructions on the Claim Form. In order to be considered for payment, your Claim Form must be received or postmarked no later than February 2, 2009.

Please mail your Claim Form only to the address above or submit it at the website listed above.

### 9. What am I giving up to receive these benefits?

Unless you exclude yourself (a process that is explained in answer to Question Number 10 below), you are staying in the class and agreeing to the Stipulation of Settlement. Generally, that means that you can't sue, continue to sue, or be part of a future suit involving the claims raised in this case. In other words, you are agreeing to "release" those claims. Unless you exclude yourself, you are "releasing" these claims, regardless of whether you submit a claim or not.

The exact release contained in the parties' Stipulation of Settlement is much more detailed, and you may want or need to consider it before making your decision about participating in the Stipulation of Settlement.

A copy of the full Stipulation of Settlement, including the release, can be found at www.TimberlandTextSettlement.com.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want to receive the benefits from the Stipulation of Settlement, but you want to keep any right to sue that you may have or you want to continue to sue Defendants on your own over the claims in this case, then you must take steps to get out. This is called excluding yourself.

### 10. How do I get out of the settlement?

To exclude yourself from the Stipulation of Settlement, you must send a letter by mail saying that you want to be excluded from *Weinstein v. Airit2me, Inc. et al.*, No. 06 C 0484 (N.D.Ill.) Be sure to include your name, address, your cellular telephone number, and your signature and the name and number of the case. You must mail your exclusion request no later than November 28, 2008 to

*Weinstein v. Airit2me, Inc., et al.* Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

In order to be valid, any request for exclusion must be received or postmarked no later than November 28, 2008.

### 11. If I exclude myself, do I still receive benefits from this settlement?

No, you will not receive anything resulting from the settlement of this case. But you will have the right to attempt to sue Defendants over the claims raised in this case, either on your own or as part of a different lawsuit. The amount of time the law gives you to sue over such claims (that is, the "statutes of limitation") may or may not have been extended because of this case; however, they will not be extended any further for you once you exclude yourself. If you want your own attorney to represent you in an individual case, the terms of such representation are a matter for you and your attorney to negotiate.

## THE LAWYERS REPRESENTING YOU

### 12. Do I have a lawyer in this case?

The Court has approved John G. Jacobs and Bryan Kolton of The Jacobs Law Firm, Chtd. and Jay Edelson and Myles McGuire of KamberEdelson, LLC to be the attorneys representing the class. They are called the "Class Counsel." They believe, after conducting an extensive investigation, that the Stipulation of Settlement is fair, reasonable, and in the best interests of the class. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

### 13. How will the lawyers be paid?

Class Counsel will ask the Court for attorneys' fees and expenses in the amount of $1,750,000. The Court may award less than this amount. Under the Stipulation of Settlement, any amount awarded to Class Counsel will be paid out of the Settlement Fund.

Subject to approval by the Court, Defendants have agreed to pay $5,000 to representative plaintiff Jeffrey Weinstein and $10,000 to representative plaintiff Lei Shen for their services in helping to prosecute this case.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the Stipulation of Settlement or some part of it. Only those that remain in the Settlement Class may object to the Stipulation of Settlement. You cannot object if you have opted out of the Settlement Class.

### 14. How do I tell the Court that I don't like the settlement?

If you're a Settlement Class Member, you can object to the Stipulation of Settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter (or legal "brief") saying that you object to the Stipulation of Settlement in *Weinstein et al. v. Airit2me, Inc., et al.*, No. 06 C 0484 (N.D.Ill.) and clearly identify all your reasons for your objections and attach any materials you rely on for your objections. Be sure to include your name, address, cellular telephone number as well as your current non-cellular telephone number if you have one, your signature, and the reasons you object to the Stipulation of Settlement. You must also specifically identify whether you received a text message of the kind described in the case and when it was received. If you want to speak at the Final Approval Hearing (explained below in answer to Question Number 15), you must say so in your objections. At the same time, you must also serve complete copies of your objection papers on both counsel for Defendants and Class Counsel. If you fail to object as specified above, you will be deemed to have waived any objections and will be barred from raising any such objections in this case or any other proceeding.

In order to be considered, any objections must be received or postmarked no later than November 28, 2008. Any objections and supporting materials should be sent to

> Clerk of the Court
> United States District Court for the Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL 60604

AND TO:

> Jay Edelson, Esq.
> KamberEdelson, LLC
> 350 North LaSalle, Suite 1300
> Chicago, IL 60654

AND TO:

> Thomas A. Marrinson, Esq.
> ReedSmith, LLP
> 10 South Wacker Drive
> 40th Floor
> Chicago, IL 60606

## THE FINAL APPROVAL HEARING

The Court has preliminarily approved the Stipulation of Settlement and will hold a hearing to decide whether to give final approval to the Stipulation of Settlement. You may attend and you may ask to speak, but you don't have to.

### 15. When and where is the Final Approval Hearing?

The Court will hold the Final Approval Hearing at 8:45 a.m. on December 18, 2008 in the courtroom of Judge Wayne R. Andersen at the United States Courthouse in Chicago at 219 South Dearborn Street, Room 1403. The purpose of the hearing will be for the Court to determine whether the Stipulation of Settlement should be approved as fair, reasonable and adequate and in the best interests of the Class; to consider the request of Class Counsel for an award of attorneys' fees and expenses in the amount of $ 1,750,000; and to consider the request for an incentive award to Mr. Weinstein in the amount of $5,000 and to Ms. Shen in the amount of $10,000. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Stipulation of Settlement that have properly been requested, as set forth above.

The hearing may be postponed to a different date or time without notice.

You are not required to come to the Final Approval Hearing.

If the Court determines that the Stipulation of Settlement should be approved as fair, reasonable and adequate and in the best interests of the Class, you and your representatives are barred from filing any lawsuit asserting any claims against Defendants that relate to the claims discussed above.

## GETTING MORE INFORMATION

### 16. How do I get more information?

This Notice is necessarily an incomplete summary of the Stipulation of Settlement and its terms. You are free to inspect the court files from 9:00 a.m. until 4:30 p.m. on weekdays at the office of the Clerk of the Court, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. You can call KamberEdelson, one of the law firms representing the class, at 1-866-541-0323 if you have any questions. Before doing so, please read this full Notice carefully. You may also go to the website with respect to the Stipulation of Settlement, www.TimberlandTextSettlement.com.

Other than inspecting the court files or as provided above, please do not call, or direct any inquiries to the Court, to Defendants or to Defendants' lawyers.

### 17. What if I have a new address?

If this Notice was sent to you at your current address, you do not have to do anything more to receive further notices concerning this case. However, if this Notice was forwarded to you, or if it was otherwise sent to you at an address that is not current, you should immediately send a letter to *Weinstein v. Airit2me, Inc., et al.* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177, referencing this Notice and including your past and current mailing addresses. **On any communication concerning this case, you should always provide a telephone number where you can be reached with any questions.**

Date: September 11, 2008

**PLEASE DO NOT CONTACT THE COURT OR COUNSEL FOR DEFENDANTS ABOUT THIS NOTICE.
YOU MAY CALL CLASS COUNSEL OR GO TO WWW.TIMBERLANDTEXTSETTLEMENT.COM**

*Weinstein v. Airit2me, Inc., et al.* **Settlement Administrator**
P.O. Box 6177
Novato, CA 94948-6177
1-800-207-0343

# CLAIM FORM

YOU MUST COMPLETE, VERIFY UNDER PENALTY OF PERJURY, AND SUBMIT THIS FORM BY FEBRUARY 2, 2009 TO RECEIVE ANY RECOVERY

## SECTION 1 – YOUR CONTACT INFORMATION

|||||||||||| Claim #: TLW-«Claim»-«CD»-«Seq»   «MailRec»
«First1» «Last1»
«c/o»
«Address1» «Address2»
«City», «ST» «Zip» «Country»

Name/Address Changes (if any):

_____  _____
First Name              Last Name

_____
Address

_____, _____  _____
City                      State     Zip

(____) _____    (____) _____
Area Code  Home Telephone Number    Area Code  Work Telephone Number

(____) _____    _____
Area Code  Current Cell Phone Number              E-mail Address

Each person who submits a valid claim will receive a Settlement Payment of $150 or a lesser pro rata share of the Settlement Fund pursuant to the Stipulation of Settlement if it is finally approved by the Court.

By submitting this Claim Form, you are representing under penalty of perjury that all information provided in this Claim Form is true and correct to the best of your knowledge and belief.

## SECTION 2 – YOUR RECEIPT OF TEXT MESSAGES:

During the period between January 1, 2003 and August 1, 2008, I received one or more text messages advertising the sale of goods on Timberland.com in the following month(s):

(Check all months that apply. If none apply, do not complete this Claim Form; you are not entitled to a Settlement Payment.)

|        | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|--------|------|------|------|------|------|------|
| a. Jan.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| b. Feb.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. Mar.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| d. Apr.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| e. May   | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| f. June  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| g. July  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| h. Aug.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| i. Sept. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| j. Oct.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| k. Nov.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| l. Dec.  | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Complete this Claim Form and Sign on Page 2

EXHIBIT B

## SECTION 3 – YOUR CELLULAR TELEPHONE NUMBER(S)

List each cellular telephone number on which you received any text messages advertising the sale of goods on Timberland.com:

(1) (_____)_____     (2) (_____)_____

(3) (_____)_____     (4) (_____)_____

(5) (_____)_____     (6) (_____)_____

## SECTION 4 – CERTIFICATION

The Settlement Administrator may audit any and all claims. Persons knowingly making false claims may be subject to civil or criminal penalties.

**I certify under penalty of perjury that the information provided above is true and correct to the best of my knowledge and belief and understand that the knowing submission of false information will result in the denial of my claim and may subject me to civil and/or criminal penalties.**

_____   _____   _____
Printed Name                              Signature                              Date (mm/dd/yyyy)

**PLEASE NOTE: THIS CLAIM FORM MUST BE RECEIVED OR POSTMARKED NO LATER THAN FEBRUARY 2, 2009 IN ORDER TO BE ELIGIBLE FOR PAYMENT.**

**MAIL THIS CLAIM FORM TO:**

*Weinstein v Airit2me, Inc., et al.* Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

**OR SUBMIT IT ONLINE AT:** www.TimberlandTextSettlement.com.

**Claims filed online must be submitted no later than February 2, 2009.**

## PLEASE ALSO NOTE:

- If you **do not** return a Claim Form postmarked by **February 2, 2009**, your claim will be **rejected** and you will have **waived all rights** to receive a Settlement Payment.

- Unless you requested exclusion from the Settlement Class, you are bound by the terms of the Settlement Agreement whether or not you return a Claim Form, including the release of certain claims against Airit2me, Inc., The Timberland Company, and GSI Commerce, Inc., as further set forth in the Notice of Class Action Settlement, to which you may refer for a more complete description of the released claims.

- Except as provided in the Notice, please do not call or write to Airit2me, Inc., The Timberland Company, GSI Commerce, Inc. or their lawyers, or the Court regarding this Claim Form, the Notice you received, or the lawsuit. **You may call counsel for the class at 1-866-541-0323.**

DANART Communications
Job Name: Timberland / Weinstein
Space: 1/4 Page
Size: 4.81" x 5.37"
File Name: TLW_PubNot_verC_481x537_081007
Font size: 8 pt.
October 7, 2008

――――― Legal Notice ―――――

**If You Received One Or More Text Messages Advertising the Sale of Goods on Timberland.com From January 1, 2003 Through August 1, 2008, You Could Get a $150 Cash Payment From a Class Action Lawsuit**

A federal court has preliminarily approved the settlement of a class action lawsuit relating to unsolicited text messages advertising the sale of goods on Timberland.com.

Plaintiffs claim that Defendants sent unsolicited text messages advertising the sale of goods on Timberland.com to cellular telephone users throughout the United States in violation of a relevant federal law. Defendants deny these claims, but are settling this lawsuit to avoid the burden, costs, risk and uncertainty of continuing the case.

Defendants The Timberland Company and GSI Commerce, Inc. ("the Settling Defendants"), have agreed to create a fund of $7 million to pay the claims of Class Members who send in valid Claim Forms. The Settling Defendants will pay the lesser of $150 or a *pro rata* share of the Settlement Fund to each Class Member who timely files a valid claim. GSI Commerce, Inc. will also be implementing certain practices to comply with consumer protection guidelines and the Settling Defendants will donate $200,000 to charity. No claims will be paid until the settlement is final.

You are a Class Member and could get a settlement cash payment if you are a person in the United States who received one or more unsolicited text messages advertising the sale of goods on Timberland.com during the period between January 1, 2003 and August 1, 2008. You do not have to do anything to stay in the settlement class, but you must submit a timely valid Claim Form to receive a settlement cash payment. If you wish to file a claim, you must complete a Claim Form available on-line or upon request from the settlement administrator at 1-800-207-0343. Claim Forms *must* be posted on-line or postmarked by **February 2, 2009** in order to be eligible for payment.

The Court will hold a Fairness Hearing to determine if the proposed settlement is fair, reasonable and adequate and to consider Class Counsel for attorneys' fees and expenses of $1.75 million and incentive awards of $15,000 to be shared by the Class Representatives for their service on behalf of the class. The hearing is on December 18, 2008 at 8:45 a.m. in Courtroom 1403 in the United States Courthouse in Chicago, Illinois. If comments or objections have been received, the Court will consider them at this time.

**Your Legal Rights And Options In The Settlement**

| SUBMIT A CLAIM FORM | The only way to get a payment. Give up your right to be part of any other lawsuits involving claims associated with this case. | The on-line Claim Form must be submitted or the paper Claim Form must be postmarked by **February 2, 2009** or your claim will be rejected. |
|---|---|---|
| EXCLUDE YOURSELF | No payment. Keep your right to be a part of other lawsuits involving claims associated with this case. | Your exclusion request must be in writing and *postmarked* to the Settlement Administrator no later than **November 28, 2008**. |
| OBJECT | Write to the Court about the reasons that you are against the settlement. | Your Objection must be in writing and filed with the Court by **November 28, 2008**. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. | File a Notice of Intention to Appear and Object with the Court by **November 28, 2008**. |
| DO NOTHING | No payment. Give up your rights. | |

For complete information about the settlement, please visit www.TimberlandTextSettlement.com or call 1-800-207-0343. You may also contact one of the attorneys for the class: Jay Edelson of KamberEdelson, LLC through www.kamberedelson.com.



EXHIBIT C

State of New York } ss:
COUNTY OF NEW YORK

Sandra Restrepo being duly sworn, says that he/she is the principal Clerk of the Publisher of the

*New York Post*

a daily newspaper of general circulation printed and published in the English language, in the County of New York, State of New York; that advertisement hereto annexed has been regularly published in the said "NEW YORK POST" once, on the __10__ day of __OCTOBER__ 2008

Sandra Restrepo

Sworn to before me this __10__ day of __October__ 2008

NOTARY PUBLIC

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County
Commission Expires November 1, 2008


EXHIBIT D

New York Post, Friday, October 10, 2008 nypost.com

## LEGAL NOTICE

— Legal Notice —

**If You Received One Or More Text Messages Advertising the Sale of Goods on Timberland.com From January 1, 2003 Through August 1, 2008, You Could Get a $150 Cash Payment From a Class Action Lawsuit**

A federal court has preliminarily approved the settlement of a class action lawsuit relating to unsolicited text messages advertising the sale of goods on Timberland.com.

Plaintiffs claim that Defendants sent unsolicited text messages advertising the sale of goods on Timberland.com to cellular telephone users throughout the United States in violation of a relevant federal law. Defendants deny these claims, but are settling this lawsuit to avoid the burden, costs, risk and uncertainty of continuing the case.

Defendants The Timberland Company and GSI Commerce, Inc. ("the Settling Defendants"), have agreed to create a fund of $7 million to pay the claims of Class Members who send in valid Claim Forms. The Settling Defendants will pay the lesser of $150 or a *pro rata* share of the Settlement Fund to each Class Member who timely files a valid claim. GSI Commerce, Inc. will also be implementing certain practices to comply with consumer protection guidelines and the Settling Defendants will donate $200,000 to charity. No claims will be paid until the settlement is final.

You are a Class Member and could get a settlement cash payment if you are a person in the United States who received one or more unsolicited text messages advertising the sale of goods on Timberland.com during the period between January 1, 2003 and August 1, 2008. You do not have to do anything to stay in the settlement class, but you must submit a timely valid Claim Form to receive a settlement cash payment. If you wish to file a claim, you must complete a Claim Form available on-line or upon request from the settlement administrator at 1-800-207-0343. Claim Forms *must* be posted on-line or postmarked by February 2, 2009 in order to be eligible for payment.

The Court will hold a Fairness Hearing to determine if the proposed settlement is fair, reasonable and adequate and to consider Class Counsel for attorneys' fees and expenses of $1.75 million and incentive awards of $15,000 to be shared by the Class Representatives for their service on behalf of the class. The hearing is on December 18, 2008 at 8:45 a.m. in Courtroom 1403 in the United States Courthouse in Chicago, Illinois. If comments or objections have been received, the Court will consider them at this time.

### Your Legal Rights And Options In The Settlement

| | | |
|---|---|---|
| SUBMIT A CLAIM FORM | The only way to get a payment. Give up your right to be part of any other lawsuits involving claims associated with this case. | The on-line Claim Form must be submitted or the paper Claim Form must be postmarked by February 2, 2009 or your claim will be rejected. |
| EXCLUDE YOURSELF | No payment. Keep your right to be a part of other lawsuits involving claims associated with this case. | Your exclusion request must be in writing and *postmarked* to the Settlement Administrator no later than November 28, 2008. |
| OBJECT | Write to the Court about the reasons that you are against the settlement. | Your Objection must be in writing and filed with the Court by November 28, 2008. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. | File a Notice of Intention to Appear and Object with the Court by November 28, 2008. |
| DO NOTHING | No payment. Give up your rights. | |

For complete information about the settlement, please visit www.TimberlandTextSettlement.com or call 1-800-207-0343. You may also contact one of the attorneys for the class: Jay Edelson of KamberEdelson, LLC through www.kamberedelson.com.

---

## Air rage time auct[ion]

By DEVLIN BARRETT

WASHINGTON — Infuriating New York officials, the feds pushed ahead yesterday with an experiment to reduce flight delays around the nation by auctioning off takeoff and landing times at metro-area airports.

Transportation Secretary Mary Peters announced final rules to begin auctioning takeoff and landing "slots" at JFK, La Guardia, and Newark airports. Roughly two-thirds of flight delays in the United States are caused by backups there.

Peters sai[d] ment will [auc]tion up to the landing slots the air operate at The plan h[as] opposition where lawm[akers] it will incre[ase] reduce the flights to mi[nimum]

"It is sin[gular] that the DC edly continu[ing] ogical battl[e] staunch op[position] the entire munity," Schumer (D[-NY]

## Ground Zero c[op]

A police officer who worked at Ground Zero after the 9/11 attacks has died of cancer, family and friends said.

Gary Mausberg, 47, an 18-year NYPD vet who was battling kidney cancer, died Wednesday night.

Mausberg Benevolent egate from cinct, is s wife, Mar[y] worked at South Prec[inct] Navy veter[an] His wake



**$299 PEPE Infiniti LEASE**
Lease per mo 24/39 mos.
**Choose Your Infiniti**

The Pepe Infiniti experience where premium performance costs less!

Loaner Cars available for scheduled service
No high-pressure sales team
Competitive pricing – Same day delivery
Friendly, knowledgeable staff
Large New and Certified Pre-Owned inventory
Extremely High Trade-in Values!
New Management!
Special Credit Consideration!

**New 2008 Infiniti G35x AWD**
LEASE FOR $299/MO FOR 39 MOS
Stk #42182S/#42017, V6, air, p/s/b, automatic, Premium Package, sunroof, heated leather seats, 6 CD changer. $3595 due at lease signing ($0 security dep. incl.). Tax, licensing & regist additional. MSRP $38,030. Model #90618.

**New 2008 Infiniti EX35 AWD**
LEASE FOR $299/MO FOR 39 MOS
Stk #41236/#41230, V6, air, p/s/b, automatic, heated leather seats, sunroof. $4795 due at lease signing ($0 security dep. incl.). Tax, licensing & regist additional. MSRP $38,875. Model #88518.

**New 2008 Infiniti FX35 AWD**
LEASE FOR $299/MO FOR 24 MOS
Stk #40111/#41543, 4dr, V6, air, p/s/ABS/winds/lks/sts/mirrs, automatic, Touring Package, moonroof, CD, htd leather sts. $4595 due at lease signing ($0 security dep. incl.). Tax, licensing & regist additional. MSRP $42,575. Model #87418.

 7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: October 10th 2008 on the following legal advertisement- **IF YOU RECEIVED ONE OR MORE TEXT MESSAGES ADVERTISING THE SALE OF GOODS....** published in the national edition of **USA Today.**

*Antoinette Chase*
Principal Clerk of USA TODAY
October 10th 2008

This _10th_ day of _October_ month
_2008_ year.

_____
Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012

Legal Notice                                          Legal Notice
                                                         Legal Notice

# IF YOU RECEIVED ONE OR MORE TEXT MESSAGES ADVERTISING THE SALE OF GOODS ON TIMBERLAND.COM FROM JANUARY 1, 2003 THROUGH AUGUST 1, 2008, YOU COULD GET A $150 CASH PAYMENT FROM A CLASS ACTION SETTLEMENT

*Para Una Notificacion en Espanol, Llamar or Visitar Nuestro Website*

A settlement has been proposed in a class action lawsuit about unsolicited text messages advertising the sale of goods on Timberland.com sent to cellular telephone users.

The United States District Court for the Northern District of Illinois authorized this Notice. Before any money is paid, the Court will have a hearing to decide whether to approve the settlement. If you qualify, you may submit a Claim Form to get benefits, or you can exclude yourself from the settlement, or object to the settlement. For complete information, you should read the full Notice or the Stipulation of Settlement, available at the website below.

## What is the Lawsuit About?

Plaintiffs claim that Defendants Airit2me, Inc., The Timberland Company and GSI Commerce, Inc. caused unsolicited text messages advertising the sale of goods on Timberland.com to be sent to cellular telephone users from January 1, 2003, through August 1, 2008. The lawsuit alleged that the Defendants' conduct violated the Telephone Consumer Protection Act. The Defendants deny these claims. The Court did not decide which party was right. The parties are settling the lawsuit to avoid the burden, costs, risk and uncertainty of continuing the case.

## How Do I Know if I am a Class Member?

You are a class member and could get a settlement cash payment if you are a person in the United States who received one or more unsolicited text messages advertising the sale of goods on Timberland.com from January 1, 2003, through August 1, 2008.

## What are the Terms of the Settlement?

Defendants The Timberland Company and GSI Commerce, Inc. ("the Settling Defendants") have agreed to create a fund of $7 million, from which they will pay the claims of class members who timely file valid Claim Forms and will make a donation of $200,000 to a Court-approved charity. Each Class Member who timely files a valid claim will receive the lesser of $150 or a *pro rata* share of the Settlement Fund. Defendant GSI Commerce, Inc. also agreed to implement certain practices to address the type of conduct alleged in the case. No claims will be paid until the settlement is final. A Settlement Agreement, available at the website below, describes all of the details about the proposed settlement. The proposed settlement is not an admission of wrongdoing by any party.

## How Do I Ask for A Payment?

You do not have to do anything to stay in the settlement class, but you must submit a Claim Form in order to receive a settlement cash payment. To file a claim, you must complete a Claim Form available on-line at www.TimberlandTextSettlement.com or request a Claim Form from the settlement administrator at 1-800-207-0343. Claim Forms *must* be submitted on-line or postmarked by February 2, 2009.

## What are My Other Options?

If you do not wish to be a member of the Settlement Class, you may exclude yourself by writing to the settlement administrator. Excluding yourself is telling the Court that you do not want to be part of the Class. If you choose to exclude yourself, you give up your right to object to the settlement, but retain your right to sue the Defendants. If you exclude yourself, you will not receive a settlement cash payment and you will have no basis to object because the case no longer affects you. Your request for exclusion *must* be postmarked by November 28, 2008.

If you stay in the class, you or your lawyer has the right to appear before the Court and object to the proposed Settlement. Your written objection must be postmarked by November 28, 2008. Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you stay in the Class.

If you remain in the Settlement Class and the Court approves the proposed settlement, you will receive the benefits of the proposed settlement (but will receive cash benefits only if you timely file a valid claim). You will also be bound by all orders and judgments of the Court and your claims against Defendants and any other released parties for the conduct at issue in this case will be fully resolved and released.

## Who Represents Me?

A team of attorneys ("Class Counsel") who brought the suit was appointed to represent you. At the hearing to evaluate the fairness of the settlement, Class Counsel will request an award of attorneys' fees and costs of $1.75 million for investigating the facts, litigating the case, and negotiating the settlement. The Court has also appointed two Class Representatives who will receive incentive awards of $10,000 and $5,000, respectively, for their services as Class Representatives. You may hire your own lawyer, but at your own expense.

## When will the Court Consider the Proposed Settlement?

The Court will hold a Fairness Hearing to determine if the proposed settlement is fair, reasonable and adequate and to consider a request from Class Counsel for attorneys' fees and expenses on December 18, 2008 at 8:45 a.m. in Courtroom 1403 of the United States Courthouse in Chicago, Illinois. If comments or objections have been received, the Court will consider them at this time.

For more information about the proposed Settlement and a copy of the Full Notice and a Claim Form, visit: www.TimberlandTextSettlement.com, call: 1-800-207-0343, write to: *Weinstein v. Airit2me, Inc., et al.* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177 or contact one of the attorneys representing the Class: Jay Edelson, of KamberEdelson, LLC, 350 North LaSalle, Suite 1300, Chicago, IL 60654, toll-free 1-866-541-0323.

By Order of the Court Dated: September 11, 2008

bestjobsusa — Hon



MENTAL HEAL

Som

## Join VA's mental hea and support Americ

When you join VA, you become part o to help today's veterans readjust to life care team, you'll treat patients struggli: PTSD, traumatic brain injuries, mood ( in an environment where innovation i: our practice.

VA is now hiring psychiatrists, psycho and health care professionals of all dis Mental Health Enhancement Initiative

- Interdisciplinary care team model of practice
- Practice model is based on care neec not insurance company regulations
- Your state license allows you to practice at any VA facility, anywher in the country and Puerto Rico

*VA is committed to hiri*

 Department of Veterans Affairs
An Equal Opportunity Employer    vaCa

# Affidavit of Publication

Name of Publication: Chicago Sun-Times

Address: 350 N. Orleans

City, State Zip: Chicago, IL 60654

Phone #: 312-321-3000

State of: Illinois

County of: Cook

I, Yolanda D. Loggins, for the publisher of
(Name)
Chicago Sun-Times, published in the city of
(Name of Publication)
Chicago, state of Illinois

hereby certify that the attached notice was printed in said publication on the following date(s):

Friday, Oct 10, 2008

Given under my hand, this 13 day of October, 2008.

Signature Yolanda D. Loggins

State of California
County of San Joaquin

Subscribed and sworn to (or affirmed) before me on this 13 day of October, 2008 by Yolanda D. Loggins proved to me on the basis of satisfactory
Name of Signer
evidence to be the person who appeared before me.

Signature _____
Signature of Notary Public

OFFICIAL SEAL
JACQUELINE E SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/20/10

## not in jail

EAU CLAIRE, Wis. — A man who caused damage at the Eau Claire waste water treatment plant has picked public humiliation over jail time to pay for his crime.

Eau Claire County Judge Paul Lenz gave Shane McQuillan an option after he was found guilty of criminal damage to property for ramming his car into a closed gate at the plant.

McQuillan could spent time in jail, or spend a day outside the plant holding a sign that says "I was stupid." McQuillan chose the sign sentence Wednesday.

The 22-year-old told an officer after the incident last March that he had been drinking and was "just being stupid."

*AP*

ATLANTA — One in four teen girls have rolled up their sleeves for the relatively new vaccine against cervical cancer, federal health officials said Thursday.

The figures represent the government's first substantial study of vaccination rates for the Gardasil vaccine — Merck & Co.'s heavily advertised human papillomavirus, or HPV.

The vaccine protects against strains of the virus that cause about 70 percent of cervical cancers.

Health officials recommend that girls get the shots when they are 11 or 12, if possible, before they become sexually active. Also, age 11 is for another round of vaccinations.

The survey only covered children in the 13-17 age range.

Vaccine proponents had been hoping for much higher vaccination rates, saying the shots could dramatically reduce the nearly 4,000 cervical cancer deaths that occur each year in the United But mar tious abou vaccines, s Johns Hop sociate pr ology.

Other t vaccine ma lies pause. tailing for though ma now cover

Get Chicago news as it breaks.

suntimes.com
MOBILE EDITION

**Do you have Pain, Tingling, Numbness, Cold Feet, Burning Feet & Hands?**
There is NEW THERAPY For People With

# NEUROPATHY
## DIABETIC AND NON-DIABETIC
- Reduction in acute & chronic pain
- Restores sensation in feet and hands
- Improved balance - less falls
- Potential to prevent amputation

**SAFE • PAINLESS • NON-INVASIVE • DRUG-FREE**

More Than 7 Years Success of Treating Neuropathy Symptoms.

WE ACCEPT MEDICARE, BLUE CROSS BLUE SHIELD PPO AND MOST PPO'S/ PRIVATE INSURANCE

*Premier* PHYSICAL THERAPY
8 Convenient Locations!
www.ptnerve.com

Call Now for a FREE Screening

*Drs. order required

1850 W. Winchester Rd. Suite 223
Libertyville IL 60048
(847) 680-3020

40 S. Clay Suite 7W
Hinsdale, IL 60521
(630) 230-0303

931 Ridge Road Suite G
Munster, IN 46321
(219) 836-2800

1441 Essington Joliet, IL 60435
(815) 744-6666

14315 S. 108th Ave. Suite 215
Orland Park, IL 60467
(708) 460-8080

3900 W. 95th St. Suite 1 Evergreen Park, IL 60805
(708) 423-7900

4709 Golf Road Suite 550
Skokie, IL 60076
(847) 676-1212

473 West Army Trail Rd. Suite 103
Bloomingdale, IL 60108
(630) 295-9900

Call now and ask for an appointment to see if our Neuropathy Treatment Program is right for you!



**Legal Notice**

**If You Received One Or More Text Messages Advertising the Sale of Goods on Timberland.com From January 1, 2003 Through August 1, 2008, You Could Get a $150 Cash Payment From a Class Action Lawsuit**

A federal court has preliminarily approved the settlement of a class action lawsuit relating to unsolicited text messages advertising the sale of goods on Timberland.com.

Plaintiffs claim that Defendants sent unsolicited text messages advertising the sale of goods on Timberland.com to cellular telephone users throughout the United States in violation of a relevant federal law. Defendants deny these claims, but are settling this lawsuit to avoid the burden, costs, risk and uncertainty of continuing the case.

Defendants The Timberland Company and GSI Commerce, Inc. ("the Settling Defendants"), have agreed to create a fund of $7 million to pay the claims of Class Members who send in valid Claim Forms. The Settling Defendants will pay the lesser of $150 or a *pro rata* share of the Settlement Fund to each Class Member who timely files a valid claim. GSI Commerce, Inc. will also be implementing certain practices to comply with consumer protection guidelines and the Settling Defendants will donate $200,000 to charity. No claims will be paid until the settlement is final.

You are a Class Member and could get a settlement cash payment if you are a person in the United States who received one or more unsolicited text messages advertising the sale of goods on Timberland.com during the period between January 1, 2003 and August 1, 2008. You do not have to do anything to stay in the settlement class, but you must submit a timely valid Claim Form to receive a settlement cash payment. If you wish to file a claim, you must complete a Claim Form available on-line or upon request from the settlement administrator at 1-800-207-0343. Claim Forms *must* be posted on-line or postmarked by February 2, 2009 in order to be eligible for payment.

The Court will hold a Fairness Hearing to determine if the proposed settlement is fair, reasonable and adequate and to consider Class Counsel for attorneys' fees and expenses of $1.75 million and incentive awards of $15,000 to be shared by the Class Representatives for their service on behalf of the class. The hearing is on December 18, 2008 at 8:45 a.m. in Courtroom 1403 in the United States Courthouse in Chicago, Illinois. If comments or objections have been received, the Court will consider them at this time.

**Your Legal Rights And Options In The Settlement**

| | | |
|---|---|---|
| SUBMIT A CLAIM FORM | The only way to get a payment. Give up your right to be part of any other lawsuits involving claims associated with this case. | The on-line Claim Form must be submitted or the paper Claim Form must be postmarked by February 2, 2009 or your claim will be rejected. |
| EXCLUDE YOURSELF | No payment. Keep your right to be a part of other lawsuits involving claims associated with this case. | Your exclusion request must be in writing and *postmarked* to the Settlement Administrator no later than November 28, 2008. |
| OBJECT | Write to the Court about the reasons that you are against the settlement. | Your Objection must be in writing and filed with the Court by November 28, 2008. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. | File a Notice of Intention to Appear and Object with the Court by November 28, 2008. |
| DO NOTHING | No payment. Give up your rights. | |

For complete information about the settlement, please visit www.TimberlandTextSettlement.com or call 1-800-207-0343. You may also contact one of the attorneys for the class: Jay Edelson of KamberEdelson, LLC through www.kamberedelson.com.

*Walt Disney Pictures Presents* HIGH SCHOOL MUSICAL

JELLY BELLY
Longa

Longaberger, America's prer baskets and provider of hom has come to Wisconsin!

**Longaberger Factory Store—**
# Now Open!
Located inside the Jelly Belly Visitor Center, Longaberger's Factory Store offers a wide variety of baskets, pottery, wrought iron and more!

**Open Thursday–Sunday, 9 a.m.–5 p.m.**

Jelly Belly Visitor Center
10100 Jelly Belly Lane
Pleasant Prairie, Wis.



www.longaberger.com | 740.322.5588



## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper **1** time(s) and on the following dates:

**Rosenthal & Company-10/10/08 Pg 51**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 13th

Day of October, 2008

CHICAGO TRIBUNE COMPANY

By J. Clark

OFFICIAL SEAL
DENEAN S. BETTS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-20-2009

Chicago Tribune – chicagotribune.com
435 North Michigan Avenue – Chicago, Illinois 60611-4066
(312) 222-3232



"AN HERO MOVE YOU."

ROB BROWN

**RESS**

DAVIS STORY

©2008 UNIVERSAL STUDIOS

'S TODAY
)R THEATRES AND SHOWTIMES
{PRESS with your ZIP CODE to 43KIX (43549)!



of interest in the paper

and get the job details

ne

h QuickText

ne.com/careerbuilder

Chicago Tribune | careerbuilder

---

## Are you interested in participating in a flu vaccine research study?

Radiant Research is conducting a clinical research study on an investigational flu vaccine for men and women **age 18 to 64**. Qualified participants will receive all study-related care and investigational flu vaccine at no cost and may be compensated for time and travel.

For more information call

**1.800.494.2227**

515 N. State St., Suite 2700, Chicago, IL

www.radiantresearch.com



RADIANT RESEARCH

*We Can't Do It Without YOU!*

---

Legal Notice

**If You Received One Or More Text Messages Advertising the Sale of Goods on Timberland.com From January 1, 2003 Through August 1, 2008, You Could Get a $150 Cash Payment From a Class Action Lawsuit**

A federal court has preliminarily approved the settlement of a class action lawsuit relating to unsolicited text messages advertising the sale of goods on Timberland.com.

Plaintiffs claim that Defendants sent unsolicited text messages advertising the sale of goods on Timberland.com to cellular telephone users throughout the United States in violation of a relevant federal law. Defendants deny these claims, but are settling this lawsuit to avoid the burden, costs, risk and uncertainty of continuing the case.

Defendants The Timberland Company and GSI Commerce, Inc. ("the Settling Defendants"), have agreed to create a fund of $7 million to pay the claims of Class Members who send in valid Claim Forms. The Settling Defendants will pay the lesser of $150 or a *pro rata* share of the Settlement Fund to each Class Member who timely files a valid claim. GSI Commerce, Inc. will also be implementing certain practices to comply with consumer protection guidelines and the Settling Defendants will donate $200,000 to charity. No claims will be paid until the settlement is final.

You are a Class Member and could get a settlement cash payment if you are a person in the United States who received one or more unsolicited text messages advertising the sale of goods on Timberland.com during the period between January 1, 2003 and August 1, 2008. You do not have to do anything to stay in the settlement class, but you must submit a timely valid Claim Form to receive a settlement cash payment. If you wish to file a claim, you must complete a Claim Form available on-line or upon request from the settlement administrator at 1-800-207-0343. Claim Forms *must* be posted on-line or postmarked by February 2, 2009 in order to be eligible for payment.

The Court will hold a Fairness Hearing to determine if the proposed settlement is fair, reasonable and adequate and to consider Class Counsel for attorneys' fees and expenses of $1.75 million and incentive awards of $15,000 to be shared by the Class Representatives for their service on behalf of the class. The hearing is on December 18, 2008 at 8:45 a.m. in Courtroom 1403 in the United States Courthouse in Chicago, Illinois. If comments or objections have been received, the Court will consider them at this time.

### Your Legal Rights And Options In The Settlement

| | | |
|---|---|---|
| SUBMIT A CLAIM FORM | The only way to get a payment. Give up your right to be part of any other lawsuits involving claims associated with this case. | The on-line Claim Form must be submitted or the paper Claim Form must be postmarked by February 2, 2009 or your claim will be rejected. |
| EXCLUDE YOURSELF | No payment. Keep your right to be a part of other lawsuits involving claims associated with this case. | Your exclusion request must be in writing and *postmarked* to the Settlement Administrator no later than November 28, 2008. |
| OBJECT | Write to the Court about the reasons that you are against the settlement. | Your Objection must be in writing and filed with the Court by November 28, 2008. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. | File a Notice of Intention to Appear and Object with the Court by November 28, 2008. |
| DO NOTHING | No payment. Give up your rights. | |

For complete information about the settlement, please visit www.TimberlandTextSettlement.com or call 1-800-207-0343. You may also contact one of the attorneys for the class: Jay Edelson of KamberEdelson, LLC through www.kamberedelson.com.

STATE OF NEW YORK
COUNTY OF NEW YORK

Juanita Boyle being duly sworn, says that he/she is a principal clerk and a duly authorized designee of Daily News, L.P., publisher of the 'DAILY NEWS,' a daily and Sunday newspaper published in the City of New York and that the notice, of which the annexed is a copy, was published in said newspaper within the section of:

Legal Notices/Public Notices of the

City & Suburban Edition(s)

October 10, 2008

(Representative's signature)
Authorized Designee of Daily News, L.P.,
Publisher of the Daily News

---

**Legal Notice**

…ECEIVED ONE OR MORE TEXT MESSAGES ADVERTISING … OF GOODS ON TIMBERLAND.COM FROM JANUARY 1, 2003 … AUGUST 1, 2008, YOU COULD GET A $150 CASH PAYMENT FROM A CLASS ACTION SETTLEMENT

… Una Notificacion en Espanol, Llamar or Visitar Nuestro Website

…nt has been proposed in a class action lawsuit about unsolicited text messages … sale of goods on Timberland.com sent to cellular telephone users. … States District Court for the Northern District of Illinois authorized this Notice. … oney is paid, the Court will have a hearing to decide whether to approve the … you qualify, you may submit a Claim Form to get benefits, or you can exclude … the settlement, or object to the settlement. For complete information, you … e full Notice or the Stipulation of Settlement, available at the website below.

**What is the Lawsuit About?**
… claim that Defendants Airit2me, Inc., The Timberland Company and GSI … Inc. caused unsolicited text messages advertising the sale of goods on … om to be sent to cellular telephone users from January 1, 2003, through August 1, … awsuit alleged that the Defendants' conduct violated the Telephone Consumer … ct. The Defendants deny these claims. The Court did not decide which party was … arties are settling the lawsuit to avoid the burden, costs, risk and uncertainty of … e case.

**How Do I Know if I am a Class Member?**
… class member and could get a settlement cash payment if you are a person in the … s who received one or more unsolicited text messages advertising the sale of … nberland.com from January 1, 2003, through August 1, 2008.

**What are the Terms of the Settlement?**
…ts The Timberland Company and GSI Commerce, Inc. ("the Settling Defendants") … to create a fund of $7 million, from which they will pay the claims of class … o timely file valid Claim Forms and will make a donation of $200,000 to a Court- … arity. Each Class Member who timely files a valid claim will receive the lesser of … ro rata share of the Settlement Fund. Defendant GSI Commerce, Inc. also agreed to … certain practices to address the type of conduct alleged in the case. No claims will … il the settlement is final. A Settlement Agreement, available at the website below, … ll of the details about the proposed settlement. The proposed settlement is not an … of wrongdoing by any party.

**How Do I Ask for A Payment?**
… not have to do anything to stay in the settlement class, but you must submit a Claim … der to receive a settlement cash payment. To file a claim, you must complete a … m available on-line at www.TimberlandTextSettlement.com or request a Claim … the settlement administrator at 1-800-207-0343. Claim Forms *must* be submitted … postmarked by February 2, 2009.

**What are My Other Options?**
… do not wish to be a member of the Settlement Class, you may exclude yourself by … the settlement administrator. Excluding yourself is telling the Court that you do not … part of the Class. If you choose to exclude yourself, you give up your right to … he settlement, but retain your right to sue the Defendants. If you exclude yourself, … ot receive a settlement cash payment and you will have no basis to object because … no longer affects you. Your request for exclusion *must* be postmarked by … r 28, 2008.

… stay in the class, you or your lawyer has the right to appear before the Court and … the proposed Settlement. Your written objection must be postmarked by … r 28, 2008. Objecting is simply telling the Court that you do not like something … settlement. You can object only if you stay in the Class.

… remain in the Settlement Class and the Court approves the proposed settlement, you … ve the benefits of the proposed settlement (but will receive cash benefits only if you … e a valid claim). You will also be bound by all orders and judgments of the Court and … ms against Defendants and any other released parties for the conduct at issue in this … be fully resolved and released.

**Who Represents Me?**
…m of attorneys ("Class Counsel") who brought the suit was appointed to represent … the hearing to evaluate the fairness of the settlement, Class Counsel will request an … f attorneys' fees and costs of $1.75 million for investigating the facts, litigating the … d negotiating the settlement. The Court has also appointed two Class Representatives … l receive incentive awards of $10,000 and $5,000, respectively, for their services as … presentatives. You may hire your own lawyer, but at your own expense.

**When will the Court Consider the Proposed Settlement?**
… Court will hold a Fairness Hearing to determine if the proposed settlement is fair, … le and adequate and to consider a request from Class Counsel for attorneys' fees and … December 18, 2008 at 8:45 a.m. in Courtroom 1403 of the United States … the Court will



is a hardware store, the P.C. Richard & Son retailing business yesterday with a cake brought to its Farm- Daily News. The current Richard clan — from left, - sing "Happy Birthday" to the family business. The -out into appliances after the family's first store the 1920s, and added radios in the 1930s as the regional retail powerhouse it is today.

Photos by Christie M. Farriella

## th Notices

**ADOOLAS**—Mary (nee ...is), 90, fell asleep in the Lord ...ctober 8, 2008. Surrounded by family in Wheeling, IL. De-d wife and work partner of late Jack "Evangelos." Cher-d "big" sister of Elpis (the George) Kerasote and rge (Dr. Patricia) Cladis, ...ed aunt of Theodore ...asote. Presvytera Irene (Fr. ...) Rallis, Harrison (Lisa) ...s, and Dr. Franklyn Cladis, ...sured "Great Auntie Mamie" Elpida, Nikolia and Katerina ...s, Alethea, William and ...ine Cladis. Beloved cousin large extended family on the Coast. Cherished Nouna and friend of many. May her ...ory be eternal. Kala ...diso. Reposing at the DERICK FUNERAL HOME Flushing, Northern Blvd. at d St. Visiting hours, Friday, ...nd 7-9 P.M. Funeral Service, 9 A.M. at St. Nicholas Greek ...odox Church. Interment, ...au Knolls Cemetery. In lieu ...owers, donations in Mary's ...ory to St. Nicholas Greek ...odox Church, Flushing, NY, ...angel Michael Building ...l, Roslyn, NY or St. Basil ...emy, Garrison, NY would be ...eciated.



**BAGOT-MCRAE**—Renada. Happy 1st Anniversary in Heaven. Our lives have not been the same without you. Not a day goes by that we do not think of you. You are always in our hearts. Love and miss you, Sandra, Wilbert, Seon, Keisha, Kharisma & Venus

**CALANDRA**— Rocco
2/27/22 - 10/10/07
Beloved Husband, Devoted Father, Loving Grandfather. If Memories Bring Us Closer, Then We Are Never Far Apart. You Are Always Beside Us And For-ever In Our Hearts. We Miss And Love You Forever, The Family

## Memoriam



**ERDAM**—Nickida Leona s been 2 yrs too many since ...were taken from us. We try ...d comfort in our memories ...u but it's hard. So as another goes by our grief over your ...nce has never wavered. ...ver in our hearts. Always on mind. We Love & Miss You ..., Naz, Family & Friends.



**MEGLINO**—Mary
Mary, One year has gone without you. There will never be another Mary Meglino. I miss you more than words can say.
Love always, Brother, Jerry

### Related Services

MARTIN A. GLEASON
FUNERAL HOME, LLC.
Privately owned & operated.
Service provided in all areas 24/7.
Flushing 718-359-6300
Whitestone 718-359-1122
Bayside 718-428-2210

In Memoriams
may be placed by calling
(212) 949-2000

**ighborhood – schools, stats & more.**

**om/yourneighborhood**

---

Aside from helping people walk up walls, the glue could be used to join electrical com- gecko feet, which have microscopic hairs that branch off in different directions.

---

**Legal Notice**

### IF YOU RECEIVED ONE OR MORE TEXT MESSAGES ADVERTISING THE SALE OF GOODS ON TIMBERLAND.COM FROM JANUARY 1, 2003 THROUGH AUGUST 1, 2008, YOU COULD GET A $150 CASH PAYMENT FROM A CLASS ACTION SETTLEMENT

*Para Una Notificacion en Espanol, Llamar or Visitar Nuestro Website*

A settlement has been proposed in a class action lawsuit about unsolicited text messages advertising the sale of goods on Timberland.com sent to cellular telephone users.

The United States District Court for the Northern District of Illinois authorized this Notice. Before any money is paid, the Court will have a hearing to decide whether to approve the settlement. If you qualify, you may submit a Claim Form to get benefits, or you can exclude yourself from the settlement, or object to the settlement. For complete information, you should read the full Notice or the Stipulation of Settlement, available at the website below.

#### What is the Lawsuit About?

Plaintiffs claim that Defendants Airit2me, Inc., The Timberland Company and GSI Commerce, Inc. caused unsolicited text messages advertising the sale of goods on Timberland.com to be sent to cellular telephone users from January 1, 2003, through August 1, 2008. The lawsuit alleged that the Defendants' conduct violated the Telephone Consumer Protection Act. The Defendants deny these claims. The Court did not decide which party was right. The parties are settling the lawsuit to avoid the burden, costs, risk and uncertainty of continuing the case.

#### How Do I Know if I am a Class Member?

You are a class member and could get a settlement cash payment if you are a person in the United States who received one or more unsolicited text messages advertising the sale of goods on Timberland.com from January 1, 2003, through August 1, 2008.

#### What are the Terms of the Settlement?

Defendants The Timberland Company and GSI Commerce, Inc. ("the Settling Defendants") have agreed to create a fund of $7 million, from which they will pay the claims of class members who timely file valid Claim Forms and will make a donation of $200,000 to a Court-approved charity. Each Class Member who timely files a valid claim will receive the lesser of $150 or a *pro rata* share of the Settlement Fund. Defendant GSI Commerce, Inc. also agreed to implement certain practices to address the type of conduct alleged in the case. No claims will be paid until the settlement is final. A Settlement Agreement, available at the website below, describes all of the details about the proposed settlement. The proposed settlement is not an admission of wrongdoing by any party.

#### How Do I Ask for A Payment?

You do not have to do anything to stay in the settlement class, but you must submit a Claim Form in order to receive a settlement cash payment. To file a claim, you must complete a Claim Form available on-line at www.TimberlandTextSettlement.com or request a Claim Form from the settlement administrator at 1-800-207-0343. Claim Forms *must* be submitted on-line or postmarked by February 2, 2009.

#### What are My Other Options?

If you do not wish to be a member of the Settlement Class, you may exclude yourself by writing to the settlement administrator. Excluding yourself is telling the Court that you do not want to be part of the Class. If you choose to exclude yourself, you give up your right to object to the settlement, but retain your right to sue the Defendants. If you exclude yourself, you will not receive a settlement cash payment and you will have no basis to object because the case no longer affects you. Your request for exclusion *must* be postmarked by November 28, 2008.

If you stay in the class, you or your lawyer has the right to appear before the Court and object to the proposed Settlement. Your written objection must be postmarked by November 28, 2008. Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you stay in the Class.

If you remain in the Settlement Class and the Court approves the proposed settlement, you will receive the benefits of the proposed settlement (but will receive cash benefits only if you timely file a valid claim). You will also be bound by all orders and judgments of the Court and your claims against Defendants and any other released parties for the conduct at issue in this case will be fully resolved and released.

#### Who Represents Me?

A team of attorneys ("Class Counsel") who brought the suit was appointed to represent you. At the hearing to evaluate the fairness of the settlement, Class Counsel will request an award of attorneys' fees and costs of $1.75 million for investigating the facts, litigating the case, and negotiating the settlement. The Court has also appointed two Class Representatives who will receive incentive awards of $10,000 and $5,000, respectively, for their services as Class Representatives. You may hire your own lawyer, but at your own expense.

#### When will the Court Consider the Proposed Settlement?

The Court will hold a Fairness Hearing to determine if the proposed settlement is fair, reasonable and adequate and to consider a request from Class Counsel for attorneys' fees and expenses on December 18, 2008 at 8:45 a.m. in Courtroom 1403 of the United States Courthouse in Chicago, Illinois. If comments or objections have been received, the Court will consider them at this time.

For more information about the proposed Settlement and a copy of the Full Notice and a Claim Form, visit: www.TimberlandTextSettlement.com, call: 1-800-207-0343, write to: *Weinstein v. Airit2me, Inc., et al.* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177 or contact one of the attorneys representing the Class: Jay Edelson, of KamberEdelson, LLC, 350 North LaSalle, Suite 1300, Chicago, IL 60654, toll-free 1-866-541-0323.

By Order of the Court Dated: September 11, 2008